JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA MANDELBAUM, an individual, ) | CASE NO. CV 11-02835 MMM (RZx) |
| Plaintiff, ) | |
| vs. ) | JUDGMENT FOR PLAINTIFF |
| JACQUELINE HANH VO, an individual; ) JSV, INC., a California Corporation; ) ETSUO TAKADE, an individual; and ) DOES 1-10, inclusive, ) | |
| Defendants. ) | |

On November 15, 2012, the court entered an order granting plaintiff Sara Mandelbaum's motion for entry of default judgment against defendants Jacqueline Hanh Vo, JSV, Inc., and Etsuo Takade.  Therefore,

IT IS ORDERED AND ADJUDGED

1. That plaintiff recover $1,524,904.09 in compensatory damages, treble damages, prejudgment interest, and attorneys' fees against defendants Jacqueline Hanh Vo, JSV, Inc., and Etsuo Takade, jointly and severally;

2. That the action be, and it hereby is, dismissed; and

3. That plaintiff recover $350.00 as its costs of suit herein.

The judgment will bear post-judgment interest at the annual rate of 0.16%.

DATED: November 15, 2012

*Margaret M. Morrow*
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE

2